IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 5:24-CR-29 |
| | § | JUDGES SCHROEDER/BAXTER |
| DENNIS LEE CHILTON | § | |

# FACTUAL BASIS

Investigation by the Texas Department of Public Safety (DPS), the Department of Homeland Security (HSI), and the Hooks (Texas) Police Department (HPD), disclosed the following facts that establish that I, the defendant, **Dennis Lee Chilton**, violated Title 18, United States Code, Sections 2251 (a)(Sexual Exploitation of Children), as charged in Count Three of the indictment, and that I accept as true and correct:

1. That I, the defendant, **Dennis Lee Chilton**, am changing my plea to guilty and I am the same person charged in the indictment.

2. That the events described in the indictment occurred in the Eastern District of Texas.

3. As charged in Count Three of the Indictment, beginning in or before May 2024 and continuing until June 2024, in the Eastern District of Texas, and elsewhere, I did knowingly persuade, induce, entice, or coerce a minor to engage in sexual activity.

4. I admit to meeting MV1 on an online messaging platform and exchanging phone numbers. I communicated with MV1 though both the online messaging platform and text messages.

5. At all times during our communications, I knew that MV1 was under 18 years old. I was between sixty-two and sixty-three years old at the time of our conversations and at all times relevant to my criminal conduct.

6. I sent money via CashApp to MV1 and gave MV1 my credit card information to purchase items they wanted but could not afford. I also purchased items for MV1 and shipped them directly to MV1. Between October 20, 2023 through July 31, 2024 I sent money and items to MV1 of a total value over $6,000. Following the lawful execution of a search warrant where my cellular phone was seized on July 24, 2024, I directed MV1 to not talk to the police if they reached out to MV1.

7. Over the course of my communications with MV1, I requested sexually explicit photos and videos of MV1. I admit and stipulate that images and videos I received of MV1 were produced at my request and depicted MV1 engaged in sexually explicit conduct and did constitute child pornography, as defined by 18 U.S.C. § 2256. I acknowledge that employing, using, persuading, inducing, enticing, and coercing a minor to engage in sexually explicit conduct to produce visual depictions of that conduct constitutes a violation of 18 U.S.C. § 2251(a), sexual exploitation of children a/k/a production of child pornography.

8. On June 21, 2024, I travelled from Hooks, Texas to Virginia to meet MV1. During the visit I produced a visual depiction of myself engaging in sexually explicit conduct with MV1.

9. I admit and stipulate that I did knowingly employ, use, persuade, induce, entice, and coerce MV1 to engage in sexually explicit conduct. I admit and stipulate that I acted with the purpose of producing a visual depiction of such sexually explicit conduct.

10. I admit and stipulate that the visual depiction was produced using materials that have been mailed, shipped, transported in and affecting interstate and foreign commerce by any means.

11. I admit and stipulate that I committed the offense using digital devices I owned and possessed, including a Samsung Galaxy S24, Model #SM-S921U smartphone and a Samsung Galaxy S10 smartphone.

12. I admit and stipulate my communications with MV1 occurred from a location in Hooks, Bowie County, Texas, within the Eastern District of Texas, and elsewhere.

13. I stipulate that the United States is entitled to an order of forfeiture for the following:

a. Black Samsung Galaxy smartphone, model S10, bearing serial number R38N1002W6M IMEI 358091100957361;

b. Black Samsung Galaxy smartphone, model S24, bearing serial number RFCX70D1X0J IMEI #356984190176268 and IMEI #354639630176268;

c. Black Amazon Kindle computer tablet;

d. 250 GB Hard Drive, BOM No. 96200-41001-075;

e. Western Digital Hard Drive; bearing serial number WCCAU4632116;

f. Toshiba Storage hard drive, bearing serial number 233BG4LGSU17

g. HP 2TB hard drive, THIB284025;

h. HP Tower, bearing serial number 3CR9391NKG;

i. Corsair Tower, bearing serial number 255623039701;

j. HP CD/DVD disc labeled "PC Backup";

k. HP laptop, bearing serial number 2CE2082B3N.

**DEFENDANT'S SIGNATURE AND ACKNOWLEDGEMENT**

I have read (or had read to me) this Factual Basis and I am pleading guilty to Count Three of the indictment in this case because I am guilty of the violation alleged. I have had an opportunity to consult with an attorney and I am satisfied with the advice and counsel that he has provided me. I acknowledge that I violated 18 U.S.C. § 2251(a), Sexual Exploitation of Children. I hereby stipulate that the facts described above are true and correct and accept them as the uncontested facts of this case.

Dated: 10/3/26

Dennis Lee Chilton
Defendant

**DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGEMENT**

I have read this Factual Basis and the indictment and have reviewed them with my client. Based on my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment and that he has signed the Factual Basis voluntarily.

Dated: 10/3/26

Eric Marks
Attorney for Defendant